United States District Court
Southern District of Texas
**ENTERED**
January 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD ALCALAR, et al. § | |
| § | |
| *Plaintiffs,* § | |
| § | CIVIL ACTION NO. 4:20-cv-01028 |
| v. § | |
| § | |
| WELDCO INDUSTRIAL, INC., et al. § | |
| § | |
| *Defendants.* § | |

## ORDER

On this day came to be heard Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice.

IT IS HEREBY ORDERED dismissing all claims in this action with prejudice, each party to bear their own costs and attorneys' fees.

_\[signature: George C. Hanks Jr.\]_
Honorable Judge Presiding

\_\_1/5/2022_____
Date